# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Trevis M. Cheatham,                                      Case No. 3:14CV1636

        Plaintiff,

      v.                                                   **ORDER**

Carolyn W. Colvin,
        Acting Commissioner of Social Security,

        Defendant.

This is an appeal from the denial of disability insurance benefits.

The Magistrate Judge filed a Report and Recommendation that the Commissioner's decision to deny benefits should be reversed and remanded in part and affirmed in part. (Doc. 19). The government responded that it "will not be filing objections" to the Report and Recommendation. (Doc. 20).

It is, therefore, ORDERED THAT:

1.     The Magistrate Judge's Report and Recommendation (Doc. 19) be adopted in full; and

2.     This case is remanded to the Commission for further proceedings consistent with the Report and Recommendation.

So ordered.

                                                                     /s/ James G. Carr

                                                                     Sr. U.S. District Judge